**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

OarFin Distribution, Inc.,                                                Civil No. 11-863 PJS/AJB

                 Plaintiff,

v.                                              **ORDER ON MOTION TO ENJOIN**

Tony C. Nora,

                 Defendant.

Based upon the Report and Recommendation by United States Chief Magistrate Judge Arthur J. Boylan dated August 19, 2011, with all the files and records, and no objections having been filed to said Recommendation, **IT IS HEREBY ORDERED** that plaintiff's motion to enjoin and restrain the defendant from prosecuting and pursuing relief in the matter entitled <u>Tony Nora v. OarFin Distribution, et al.</u>, Civil Action No. W11CA083, a matter venued in United States District Court for the Western District of Texas, is **denied** [Docket No. 7].

Dated:    09/12/11

                                                                    s/Patrick J. Schiltz
                                                                      Patrick J. Schiltz
                                                                      United States District Judge