# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| OarFin Distribution, Inc., a Minnesota Corporation,<br><br>                Plaintiff,<br><br>v.<br><br>Tony C. Nora, p/k/a "Dookie Blu," an individual,<br><br>                Defendant. | Civil No. 11-863 (PJS/AJB)<br><br>**ORDER ON MOTION FOR SUMMARY JUDGMENT** |

      Based upon the Report and Recommendation by United States Chief Magistrate Judge Arthur J. Boylan dated August 24, 2012, with all the files and records, and no objections having been filed to said Recommendation, **IT IS HEREBY ORDERED** that Plaintiff's Motion for Summary Judgment (Docket No. 38) is **GRANTED IN PART and DENIED IN PART** as follows:

    a. Plaintiff's motion for summary judgment as to Defendant's counterclaim for breach of contract is **DENIED**;

    b. Plaintiff's motion for summary judgment as to Defendant's counterclaim for defamation of character and professional reputation is **GRANTED**; and

    c. Plaintiff's motion for summary judgment as to Defendant's claims in the related proceeding, *Tony Nora a/k/a Dookie Blu v. OarFin Distribution, Inc., Robert C. Pickering, Jr., E1 Entertainment US LP, and Koch Entertainment LP*, Civil No. 12-393 (PJS/AJB), is **DENIED**.

Dated: 09/11/12                                               s/Patrick J. Schiltz
                                                                              Patrick J. Schiltz
                                                                              United States District Judge